NOTICE OF HEARING

---

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                                    Case No. 2:19-cr-124-1

John Van Hazinga

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Tuesday, October 25, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Final Hearing re: Revocation of Probation.

Location: Courtroom 510                                       JEFFREY S. EATON, Clerk
                                                                             By: */s/ Jennifer B. Ruddy*
                                                                             Deputy Clerk
                                                                             9/28/2022

TO:

Jonathan Ophardt, AUSA

Mary Nerino, AFPD

Johanna Masse, Court Reporter